IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY L. GOMEZ, | No. CIV S-08-1317-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 10).[1]  Petitioner's petition will be addressed separately.

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

---

[1] Petitioner has also paid the filing fee.

1

1        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to
2  proceed in forma pauperis is granted.

3

4   DATED: July 15, 2008

5

                                                       **CRAIG M. KELLISON**
6                                                         UNITED STATES MAGISTRATE JUDGE

2