IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY L. GOMEZ, | No. CIV S-08-1317-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 1), filed on June 11, 2008.

   The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. <u>See</u> <u>id.</u> Respondents, therefore, will be directed to file a response to petitioner's petition. <u>See</u> <u>id.</u> If respondents answer the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition. <u>See</u> <u>id.</u>

1    The parties are informed that they may, if all consent in writing, have this case
2 assigned to a United States Magistrate Judge for all purposes while preserving their right to
3 appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or,
4 where appropriate, to the United States Court of Appeals for the Federal Circuit.  <u>See</u> 28 U.S.C.
5 § 636(c)(1), (3); <u>see also</u> E.D. Cal. Local Rule 73-305(a), (c).  The parties are advised that they
6 are free to withhold consent and that doing so shall not result in any adverse substantive
7 consequences.  <u>See</u> § 636(c)(2).  If all parties consent to magistrate judge jurisdiction, the action
8 will be reassigned to the undersigned for all purposes, including entry of final judgment.  <u>See</u>
9 Local Rule 73-301 and Local Rule 73-305(b).

   A review of the record reflects that petitioner has consented in writing to the
exercise of full jurisdiction by a magistrate judge.  (<u>see</u> Docs. 8 and 9).  The Clerk of the Court
will be directed to provide respondents with the appropriate form which respondents shall then
complete, indicating either consent or non-consent as respondents may choose, and file with the
court.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Respondents are directed to file a response to petitioner's petition within 60 days from the date of service of this order;

   2.   Petitioner's traverse or reply (if respondents file an answer to the petition), if any, or opposition or statement of non-opposition (if respondents file a motion in response to the petition) shall be filed and served within 30 days of service of respondents' response;

   3.   The Clerk of the Court is directed to forward to respondents the court's "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions" along with the accompanying consent election form; and

   4.   Respondents shall complete and file the consent election form within 30 days of the date of this order; and

/ / /

5. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: July 16, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE