**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDY L. GOMEZ, | No. CIV S-08-1317-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 20, 2008, and December 24, 2008, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

///

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

3  file, the court finds the findings and recommendations to be supported by the record and by

4  proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.    The findings and recommendations filed October 20, 2008, and December

7  24, 2008, are adopted in full;

8    2.    Respondents' motion to dismiss (Doc. 14) is granted;

9    3.    Petitioner's motion for a stay-and-abeyance order (Doc. 21) is denied;

10    4.    Grounds One, Four, and Five are dismissed as unexhausted;

11    5.    This action shall proceed on Grounds Two, Three, and Six only; and

12    6.    Respondents shall file an answer within 60 days of the date of this order.

13  DATED: February 19, 2009.

14

15

16  LAWRENCE K. KARLTON

17  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

2